UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID VOGL, | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:19-924 |
| v. | : | (MANNION, D.J.) |
| | | (CARLSON, M.J.) |
| HOMELAND , *et al.*, | : | |
| Defendants | : | |

## ORDER

As set forth in the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Judge Carlson's report and recommendation, **(Doc. 81)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the motion for summary judgment of Homeland, **(Doc. 62)**, is **GRANTED**, **IN PART**, and **DENIED**, **IN PART**;

**(3)** the motion for summary judgment of Homeland, **(Doc. 62)**, regarding Vogl's ADEA and FMLA claims raised in her complaint, **(Doc. 1)**, is **GRANTED**, and **JUDGMENT** is entered in favor of Homeland and against Vogl with respect to these two claims;

**(4)** the motion for summary judgment of Homeland is **DENIED** with respect to Vogl's Title VII retaliation claim and her ADA failure

to accommodate claim, and these two claims will **PROCEED**; and

**(5)** by separate Order, the court will schedule a final pre-trial conference in this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: October 4, 2022**
18-1401-04-ORDER